# UNITED STATES DISTRICT COURT
# FOR THE
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TIMOTHY MUHLMEYER,** | Case No.: 2:18-cv-05327-R-KS |
| Plaintiff, | **ORDER OF DISMISSAL** [16] |
| v. | |
| **WELLS FARGO BANK, N.A.,** | |
| Defendant. | |

///

///

///

///

///

///

///

**ORDER**

## ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii) and to the settlement of this matter, IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE, in its entirety, with each party bearing that party's own attorneys' fees and costs. The Clerk is directed to close the file.

_____
Hon. Philip S. Guiterrez
Chief United States District Judge
Dated: July 9, 2020